DEAR MR. ACOSTA,
CLERK OF C.C.A.;                                         5-18-15

     I AM RHONALD MARTINEZ. MY CASE IS ON APPEAL
HERE FROM FORT WORTH APP 2 DIST. I AM WRITING TO YOU
IN HOPE THAT YOU MAY HELP ME. MANY OF THE FACTS USED
AGAINST ME IN MY CONVICTION FOR DRUGS SEIZED AT A
ORDINARY TRAFFIC STOP FOR A MAL FUNCTIONING TAG LIGHT AND
OUT OF DATE REGISTRATION STICKER WITHOUT A SEARCH WARRANT
ARE NOT TRUE. THE POLICE LIED AND THE PROSECUTOR CONCEALED
THE TRUTH WHICH IS EVIDENCED IN POLICE AUDIO AND VIDEO
DASH CAM RECORDINGS AT MY TRIAL OVER MY ATTORNEY'S OBJECTION
THIS EVIDENCE IS USED TO WRONGLY CONVICT ME.
     I AM AT MICHAEL UNIT SERVING 40 YEARS FOR THIS
DRUG CONVICTION. LAST YEAR I READ ABOUT THE MICHAEL
MORTON ACT AND SARAH OVERTON'S APPEAL IN THIS COURT
IN A MAGAZINE ARTICLE IN TEXAS MONTHLY. I HAVE REQUESTED
THIS CASE AND LAW IN THE PRISON LAW LIBRARY. THUS FAR
THE PRISON LAW LIBRARY WILL NOT LET ME READ IT. I FEEL
VERY STRONGLY THAT THE OPINION IN MS. OVERTON'S APPEAL
BEFORE THE C.C.A. RELATES DIRECTLY TO MY COMPLAINTS
ABOUT THE DRUG CONVICTION MENTIONED ABOVE. I REQUEST
THAT YOU PLEASE HELP ME BY SENDING ME A COPY OF THE C.C.A.
DECISION IN MS. OVERTON'S APPEAL SO I CAN READ IT MYSELF
AND COMPARE THIS DECISION TO THE FACTS OF MY CASE. THANK
YOU IN ADVANCE FOR ANY HELP YOU MAY GIVE. EVEN A CITATION
NUMBER OF OVERTON WILL BE HELPFUL. GOD BLESS US.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

RESPECTFULLY,
Rhonald Martinez
T.D.C.J. #476155
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TX. 75886